Robert V. Torres – S. B. No. 142752
**LAW OFFICE OF ROBERT V. TORRES**
21307 Hawthorne Boulevard, Suite 350
Torrance, California 90503-5609
Tel - (310) 540-0909
Fax - (310) 543-4464

Attorney For Plaintiff, PAUL J. LIMBACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. LIMBACK,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN SHIP MANAGEMENT, LLC,<br>and DOES ONE through TEN, Inclusive,<br><br>  Defendants. | Case No. 4:04-cv-01070-SBA<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER OF DISMISSAL WITHOUT PREJUDICE |

STIPULATION

Plaintiff, PAUL J. LIMBACK and Defendant, AMERICAN SHIP MANAGEMENT, LLC, by and through their respective attorneys of record hereby stipulate pursuant FRCP Rule 41(a)(1)(ii) to dismissal of this action without prejudice to Plaintiff to file a subsequent civil action based on or including the same claims dismissed herein.

1

1 | DATED: March 25, 2005

LAW OFFICE OF ROBERT V. TORRES

By: _____
Robert V. Torres, Attorney for Plaintiff,
PAUL J. LIMBACK

7 | DATED: March 22, 2005

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

By: _____
Terence S. Cox, Attorneys for Defendant,
AMERICAN SHIP MANAGEMENT, LLC

ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

18 | DATED: 4-28-05

/s/ Saundra Brown Armstrong
United States District Judge